1032

THE STATE OF WASHINGTON, *Respondent*, v. HILARIO MURILLO ESCOBEDO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SILVESTRE ALVARES MEZA, *Appellant*.

Appeals from judgments of the Superior Court for Franklin County, Nos. 88–1–50039–7, 88–1–50037–1, Dennis D. Yule, J., entered June 14, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Cole, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. PETTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 88–1–00245–5, Evan E. Sperline, J., entered January 6, 1989. *Remanded* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J. Pro Tem.

FEDERAL WAY FAMILY PHYSICIANS, INC., ET AL, *Respondents*, v. TACOMA STANDS UP FOR LIFE (TSUFL), ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–00235–6, Waldo F. Stone, J., entered January 27, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.